SHIRLEY S. ABRAHAMSON, C.J.
¶ 50. {dissenting). Attorney Carroll has previously received two private reprimands, two public reprimands, and a one-year suspension. In this case he was found to have committed seven counts of professional misconduct. A five-month suspension of his license to practice law in Wisconsin is not in keeping with our system of progressive discipline. I would impose a suspension of at least six months.[1]
*707 ¶ 51. For the foregoing reasons, I respectfully dissent.
¶ 52. I am authorized to state that Justice ANN WALSH BRADLEY joins this dissent.

 An attorney whose license is suspended for misconduct for six months or more must file a petition for reinstatement. See SCRs 22.28(3) and 22.29.